IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND STATE INSURANCE et. al, | Case No. 1:10-cv-00004 AWI JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| DONALD LEE DEARDORFF; and DOES 1 through 10, inclusive, | (Doc. 33) |
| Defendants. | |

On December 16, 2010, the parties filed a stipulation to allow Plaintiffs to file a second amended complaint to correct a paragraph numbering error. (Doc. 33)

Based upon the stipulation of the parties, the Court **GRANTS** the stipulation. Plaintiffs are **ORDERED** to file their Second Amended Complaint within five days of the date of this order.

IT IS SO ORDERED.

Dated:   **December 17, 2010**                                    /s/ **Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE