IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND STATE INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br>　v.<br>DONALD LEE DEARDORFF, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | 1:10-CV-004  AWI JLT<br><br>ORDER VACATING HEARING |

　　　Currently pending before the Court is Defendant's motion for summary judgment. Hearing on this matter is set for February 14, 2011. Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 14, 2011, is VACATED, and the parties shall not appear at that time. As of February 14, 2011, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 9, 2011

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE